Katherine M. Dugdale, Bar No. 168014
KDugdale@perkinscoie.com
Audra M. Mori, Bar No. 162850
AMori@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E., Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.9900
Facsimile: 310.788.3399

Attorneys for Plaintiff
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICROSOFT CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>GODWIN CORPORATION, a California corporation d/b/a BESTCOMPUTERGROUP; and THOMAS TSUNGYI CHAO, an individual,<br><br>Defendants. | Case No. 13-cv-5744-RSWL (FFMx)<br><br>ORDER RE STIPULATED PERMANENT INJUNCTION |

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS ORDERED that defendants Godwin Corporation, a California corporation d/b/a BestComputerGroup, and Thomas Tsungyi Chao, an individual, (collectively "Defendants") along with their directors, principals, officers, agents, servants, employees, representatives, successors and assigns, and all those persons or entities acting in concert or participation with them, shall be and hereby are PERMANENTLY ENJOINED and restrained from:

    (a)   imitating, copying, or making any other infringing use or infringing distribution of software programs, components, end user license

1  agreements ("EULA") or items protected by Microsoft's registered trademarks and
2  service mark, including, but not limited to, the following Trademark Registration
3  Nos.:
4      (1)    1,200,236 ("MICROSOFT");
5      (2)    1,256,083 ("MICROSOFT");
6      (3)    1,872,264 ("WINDOWS");
7      (4)    2,744,843 (COLORED FLAG DESIGN);
8  or the software programs, components, EULA, items or things protected by the
9  following Certificate of Copyright Registration No.:
10     (1)    TX 5-407-055 ("Windows XP");
11 and any other works now or hereafter protected by any of Microsoft's trademarks or
12 copyrights;
13     (b)    manufacturing, assembling, producing, distributing, offering for
14 distribution, circulating, selling, offering for sale, advertising, importing,
15 promoting, or displaying any software program, component, EULA, item or thing
16 bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of
17 any of Microsoft's registered trademarks or service mark, including, but not limited
18 to, the Trademark and Service Mark Registration Nos. listed in Paragraph (a)
19 above;
20     (c)    using any simulation, reproduction, counterfeit, copy, or
21 colorable imitation of Microsoft's registered trademarks or service mark including,
22 but not limited to, the Trademark and Service Mark Registration Nos. listed in
23 Paragraph (a) above, in connection with the manufacture, distribution, offering for
24 distribution, sale, offering for sale, advertisement, promotion, or display of any
25 software, component, EULA, item or thing not authorized or licensed by Microsoft;
26     (d)    using any false designation of origin or false description which
27 can or is likely to lead the trade or public or individuals erroneously to believe that
28 any software, component, EULA, item, or thing has been manufactured, produced,

1  distributed, offered for distribution, advertised, promoted, displayed, licensed,
2  sponsored, approved, or authorized by or for Microsoft, when such is in fact not
3  true;
4      (e)    engaging in any other activity constituting an illegal distribution
5  of any Microsoft software, component, EULA, COA, item, or thing and/or
6  constituting an infringement of any of Microsoft's trademarks, service mark and/or
7  copyrights, or of Microsoft's rights in, or right to use or to exploit these trademarks,
8  service mark, and/or copyrights or constituting any illegal dilution of Microsoft's
9  name, reputation, or goodwill; and
10     (f)    assisting, aiding, or abetting any other person or business entity
11 in engaging in or performing any of the activities referred to in paragraphs (a)
12 through (e) above.

**IT IS SO ORDERED.**

Dated: 1/3/2014

RONALD S.W. LEW
_____
HON. RONALD S. W. LEW
United States District Court Judge