JS-6

1  Katherine M. Dugdale, Bar No. 168014
   KDugdale@perkinscoie.com
2  Audra M. Mori, Bar No. 162850
   AMori@perkinscoie.com
3  PERKINS COIE LLP
   1888 Century Park E., Suite 1700
4  Los Angeles, CA  90067-1721
   Telephone:  310.788.9900
5  Facsimile:  310.788.3399

6  Attorneys for Plaintiff
   MICROSOFT CORPORATION
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | MICROSOFT CORPORATION, a Washington corporation, | Case No. 13-cv-5744-RSWL (FFMx) |
|---|---|
| Plaintiff, | |
| v. | ORDER RE STIPULATION FOR DISMISSAL WITH PREJUDICE |
| GODWIN CORPORATION, a California corporation d/b/a BESTCOMPUTERGROUP; and THOMAS TSUNGYI CHAO, an individual, | |
| Defendants. | |

25  ///

26  ///

27  ///

28

-1-

41826-5600.0075/LEGAL28796578.1

1	Pursuant to the stipulation of the parties and good cause appearing therefore, Defendants Godwin Corporation, a California corporation d/b/a Bestcomputergroup, and Thomas Tsungyi Chao are hereby dismissed with prejudice from Plaintiff Microsoft Corporation's Complaint. The above-captioned action, including all claims asserted therein, is dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, with each party to bear its own costs and attorneys' fees.

This Court shall retain jurisdiction with respect to the Permanent Injunction entered by this Court.

**IT IS SO ORDERED.**

Dated: 1/3/2014

RONALD S.W. LEW
HON. RONALD S. W. LEW
United States District Court Judge

41826-5600.0075/LEGAL28796578.1